*May 9, 1933.*

Ziolkowski, Respondent, vs. Wisconsin Valley Electric Company, Appellant.

For the appellant: *Genrich & Genrich,* attorneys, and *L. A. Pradt, Jr.* of counsel, all of Wausau.

For the respondent: *W. E. Atwell* of Stevens Point.

*By the Court.*——Order affirmed.

*June 6, 1933.*

Otto, Appellant, vs. The Journal Company, Respondent.

For the appellant: *John W. McMillan* of Milwaukee.

For the respondent: *Miller, Mack & Fairchild* of Milwaukee.

*By the Court.*——Order affirmed.

Van Dusen, Appellant, vs. Roddis Lumber & Veneer Company, Respondent.

For the appellant: *W. K. Parkinson* of Phillips.

For the respondent: *Fisher, Cashin & Reinholdt* of Stevens Point.

*By the Court.*——Judgment affirmed.